C. S. GOSS & COMPANY, Appellant, *v.* CLAYTON S. GOSS, Respondent.

*Goss & Co.* v. *Goss*, 146 App. Div. 879, affirmed.
(Argued February 10, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1911, affirming a judgment in favor of defendant entered upon the report of a referee in an action by a corporation against its former president to recover moneys overpaid through his alleged negligence.

*Henry Escher, Jr.*, for appellant.

*Frank H. Platt* and *Livingston Platt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Taking no part: MILLER, J.